# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYUNDAI MERCHANT MARINE CO. LTD, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CAL-ORE SEED, INC.,<br><br>　　　　　Defendant. | Case No. 1:17-cv-00273-LJO-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT CAL-ORE SEED, INC. TO RESPOND TO COMPLAINT<br><br>(ECF No. 6)<br><br>DEADLINE: APRIL 28, 2017 |

On April 19, 2017, the parties filed a second stipulation to extend time for Defendant Cal-Ore Seed, Inc. to respond to the complaint. Accordingly, IT IS HEREBY ORDERED that Defendant Cal-Ore Seed, Inc. shall file a responsive pleading on or before April 28, 2017.

IT IS SO ORDERED.

Dated: __**April 20, 2017**__

UNITED STATES MAGISTRATE JUDGE

1