# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYUNDAI MERCHANT MARINE CO., LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CAL-ORE SEED, INC.,<br><br>Defendant. | Case No. 1:17-cv-00273-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>SIXTY DAY DEADLINE |

On April 28, 2017, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. Plaintiff shall file dispositional documents within sixty (60) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **May 1, 2017**

UNITED STATES MAGISTRATE JUDGE

1