# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYUNDAI MERCHANT MARINE CO., LTD., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CAL-ORE SEED, INC.,<br><br>　　　　　Defendant. | Case No. 1:17-cv-00273-LJO-SAB<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 10) |

On April 28, 2017, Plaintiffs filed a notice of settlement, and an order issued on May 1, 2017, requiring Plaintiffs to file dispositional documents within sixty days of the date of service of the order. On June 23, 2017, Plaintiffs filed a request for an extension of time to file dispositional documents. The Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall file dispositional documents on or before July 31, 2017.

IT IS SO ORDERED.

Dated:  **June 27, 2017**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1